# EXHIBIT A

# Affidavit / Return of Service

| | | | |
|---|---|---|---|
| **Plaintiff:** | ERIC JOHNSON | **Court Term & No.:** | 140501360 |
| | | **E-File#** | 1407026426 |
| **Defendant:** | DAVID WOODWARD | **Document Served:** Plaintiff's Writ of Summons | |
| **Serve at:** | DEVEREUX CHILDREN'S BEHAIORAL HEALTH S | **Company Reference/Control No.:** | 119456 |

Served and Made Known to DAVID WOODWARD on 06/20/2014 at 01:30 PM, in the manner described below:

Agent or person in charge of Party's office or usual place of business. NAME: PATRICIA HILLIS-CLARK

| Description | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|
| | Other: | | | | |

**Company Profile**
SHERIFF OFFICE
100 SOUTH BROAD STREET
5TH FLOOR
PHILADELPHIA PA 19110
PHONE: (215)686-3581

**Name of Server:**
Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

**Deputy Sheriff:** CHESTER COUNTY SHERIFF

**FILED AND ATTESTED PRO-PROTHY 15 JUL 2014 09:45 AM**

\\zdrafsrv 12/8/11

# Affidavit / Return of Service

| | | | |
|---|---|---|---|
| **Plaintiff:** | ERIC JOHNSON | **Court Term & No.:** | 140501360 |
| | | | E-File# 1407026354 |
| **Defendant:** | BYRON LEE<br>STEVEN ROSE | **Document Served:** | Plaintiff's Writ of Summons |
| **Serve at:** | DEVEREUX BRANDYWINE FACILITY DEVEREUX | **Company Reference/Control No.:** | 119456 |

Served and Made Known to BYRON LEE AND STEVEN ROSE on 06/20/2014 at 11:25 AM, in the manner described below:

Agent or person in charge of Party's office or usual place of business. NAME: MEG RAPPOLDT

| **Description** | **Age:** | **Height:** | **Weight:** | **Race:** | **Sex:** |
|---|---|---|---|---|---|
| | **Other:** | | | | |

**Company Profile**
SHERIFF OFFICE
100 SOUTH BROAD STREET
5TH FLOOR
PHILADELPHIA PA 19110
PHONE: (215)686-3581

**Name of Server:**
Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

**Deputy Sheriff:** CHESTER COUNTY SHERIFF

**FILED AND ATTESTED PRO-PROTHY 15 JUL 2014 09:41 AM**

\\zdrafsrv 12/8/11