# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOMELAND INSURANCE COMPANY OF DELAWARE,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-2415 |
| | : | |
| **THE DEVEREUX FOUNDATION and ERIC JOHNSON,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this  7TH  day of August, 2019, upon consideration of Plaintiff's Motion for Leave to Amend (ECF No. 73), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Within seven (7) days of the date of this Order, and consistent with this Court's accompanying Memorandum Opinion, Plaintiff shall amend its answer to the Devereux Foundation's and Eric Johnson's Counterclaims.

BY THE COURT:

　/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge