IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOMELAND INSURANCE COMPANY OF DELAWARE, | : : | |
| *Plaintiff*, | : : | |
| v. | : : | CIVIL ACTION NO. 17-2415 |
| | : | |
| THE DEVEREUX FOUNDATIONS and ERIC JOHNSON, | : : | |
| *Defendants*. | : | |

## ORDER

AND NOW, this 7th day of December, 2020, upon consideration of Defendants' Joint Motion for Partial Summary Judgment (ECF No. 82), Plaintiff's Cross-Motion for Summary Judgment (ECF No. 84), and Plaintiff's additional Motion for Summary Judgment (ECF No. 101), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, Defendants' Joint Motion for Partial Summary Judgment is **DENIED.**

2. Plaintiff's Cross-Motion for Summary Judgment is **GRANTED.**

3. Plaintiff's additional Motion for Summary Judgment is **DISMISSED AS MOOT.** The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II